IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HOWARD LACY, et al., | |
|---|---|
| Plaintiffs, | 4:15-CV-3070 |
| vs. | ORDER |
| VALMONT INDUSTRIES, INC., et al., | |
| Defendants. | |

This matter is before the Court on the plaintiffs' and PayFlex Systems USA, Inc.'s Stipulation of Dismissal of Defendant PayFlex (filing 36). The motion will be granted.

IT IS ORDERED:

1. The Stipulation of Dismissal of Defendant PayFlex (filing 36) is granted.

2. The claims asserted between the plaintiffs and PayFlex Systems USA, Inc. are dismissed with prejudice.

3. The parties shall bear their own costs and fees with respect to those claims.

4. PayFlex Systems USA, Inc. is terminated as a party to this case.

5. PayFlex Systems USA, Inc.'s motion to dismiss (filing 25) is denied as moot.

Dated this 9th day of December, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge