IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD LACY, MANDY LACY, and ) <br> HOWARD AND MANDY LACY, on ) <br> Behalf of Minor Children, Tori Lacy, ) <br> Paige Lacy, Hunter Lacy and Cody Lacy, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> VALMONT INDUSTRIES, INC., ) <br> ) <br> Defendant. ) | CASE NO. 4:15-cv-03070 |

## STIPULATION FOR JOINT DISMISSAL WITH PREJUDICE

COMES NOW the parties, by and through their respective counsel, and advise the Court that they have settled their various disputes and request the Court to dismiss this action in its entirety, with prejudice, each party to bear its own costs.

Dated this 20th day of September 2016.

  /s/ Todd D. Bennett
Todd D. Bennett
Rehm, Bennett & Moore, P.C., L.L.O.
3701 Union Drive, #200
Lincoln, NE  68516
Telephone: (402) 420-1400
Fax: (402) 420-1508
tbennett@rehmlaw.com

ATTORNEY FOR PLAINTIFF

  /s/ Aaron A. Clark
Aaron A. Clark, #20045
Autumn G. Long, #24168
Ruth A. Horvatich, #24776
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
Telephone: (402) 341-3070
Fax: (402) 341-0216
aclark@mcgrathnorth.com
along@mcgrathnorth.com
rhorvatich@mcgrathnorth.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of September 2016, the above and foregoing **Stipulation for Joint Dismissal with Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Todd D. Bennett (*tbennett@rehmlaw.com*)
Rehm, Bennett & Moore, P.C., L.L.O.
3701 Union Drive, #200
Lincoln, NE 68516

                                                  /s/ Aaron A. Clark
                                                Aaron A. Clark