IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD LACY, et. al., | |
| Plaintiffs, | 4:15-CV-3070 |
| vs. | |
| VALMONT INDUSTRIES, INC., | JUDGMENT |
| Defendant. | |

On the parties' Stipulation for Joint Dismissal (filing 45), this action is dismissed in its entirety, with prejudice, each party to bear its own costs.

Dated this 22nd day of September, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge